*George J. Conway* and *George A. Garvey* for appellant.

*Irving A. Thau, Samuel S. Levine* and *Jacob D. Fuchsberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

SAM SIKORA, Appellant, *v.* APEX BEVERAGE CORP. et al., Respondents, et al., Defendants.

Argued March 1, 1954; decided April 8, 1954.

*Ralph Stout* and *Abraham I. Simon* for appellant.

*Patrick E. Gibbons* and *Ralph H. Terhune* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Lewis, Ch. J., Conway, Desmond, Dye, Fuld, Froessel and Van Voorhis, JJ.

Mae Diamond, as a Director and Stockholder of Jarold Shops, Inc., Suing on Behalf of Herself and the Right of Said Corporation, Appellant, *v.* Evelyn Diamond et al., Respondents.

Submitted April 5, 1954; decided April 8, 1954.